**EXHIBIT 4**

**Hugo Nino**

| | |
|---|---|
| **From:** | execution@Sadotagri.com |
| **To:** | WBL HQ - Franco Pisano |
| **Cc:** | WBL - Operations; Fausto Plaza; Sergio Salamanca; Enrique Perez; Laura Varon |
| **Subject:** | RE: MV BRILLIANCE — Notice retaining cargo delivery — SADOT — SLO.AR/BEY.LB — 29,162.00MT.Ar-SBM.FOB |

**From:** Hugo Nino <execution@Sadotagri.com>
**Sent:** Friday, August 2, 2024 5:41 PM
**To:** WBL HQ - Franco Pisano <franco@wbls.com.ar>
**Cc:** WBL - Operations <operations@wbls.com.ar>; Fausto Plaza <fplaza@Sadotagri.com>; Sergio Salamanca <sergio.salamanca@Sadotagri.com>; Enrique Perez <Enrique.Perez@Sadotagri.com>; Hugo Nino <execution@Sadotagri.com>; Laura Varon <laura.varon@sadotagri.com>
**Subject:** RE: MV BRILLIANCE — Notice retaining cargo delivery — SADOT — SLO.AR/BEY.LB — 29,162.00MT.Ar-SBM.FOB
**Importance:** High

Franco / Hugo

Dear Franco, good day.

Please forward to Vessel Owners below message.

qt
To:  Owners MN BRILLANCE   IMO No.: 9450715
From:  SADOT LATAM LLC.
Subject:  MV BRILLANCE — Notice retaining cargo delivery

Dear Owners,

We write to you in our capacity as unpaid Sellers, legitimate Bill of Lading (B/L) holders, and sole owners of the cargo consisting of 29,162.00 MT of Argentinian Soybean Meal in Bulk, which was loaded on board the MV BRILLANCE at the port of San Lorenzo, terminals Cofco PSM South Berth, Argentina.

Despite repeated requests through Agents for a formal reply from Owners, we have been informed that Owners have not replied to date. It is of paramount importance to clearly state that Owners' silence does not absolve them from their legal obligations under customary international and commercial law.

Considering that MV BRILLANCE is approaching her destination with an expected arrival on the 4th of August, 2024, and in light of the Buyers' failure to complete the requisite payment, we, as the rightful legal owners of the aforementioned cargo, reiterate our previous instruction to Owners. We confirm that, until we receive full payment from the Buyers and have transferred the original B/Ls to them, we retain all our rights for the cargo's disposal and delivery.

Accordingly, Owners are expressly and unequivocally instructed to refrain from entering any port, including the destination port (Beirut, Lebanon), and to refrain from discharging or delivering the cargo until the original B/Ls are presented to the vessel's Master and Owners receive formal written authorization from us.

For the avoidance of doubt, Owners are expressly prohibited from discharging the cargo against any Letter of Indemnity (LOI) unless and until we confirm in writing that payment has been received and that we have no objections in this respect.

Please confirm receipt of this email, affirming that Owners will not discharge the cargo upon presentation of any documents other than the original B/Ls and Sellers' written authorization.

Moreover, we reserve our right to report Owners to international organizations such as the Baltic Exchange, BIMCO, and IMO, and to initiate a formal legal claim under US commercial law in the event that Owners discharge the cargo without our permission.

The foregoing is without prejudice to all rights and remedies available to the Sellers under the governing contract and applicable law, all of which are hereby fully reserved.

Yours faithfully,


HUGO NINO
Execution
SADOT LATAM LLC
E. execution@sadotagri.com
C. + 57 (320) 960 5030
https://www.sadotagri.com/

uqt


Thank you.


Best regards/Saludos,


HUGO NINO
Execution
SADOT LATAM LLC
E. execution@sadotagri.com
C. + 57 (320) 960 5030
https://www.sadotagri.com/



The information transmitted, including this message and any attachments, is intended only for the individual or entity to which it is addressed and may contain information that is privileged, confidential or exempt from disclosure under applicable law. Any review, retransmission dissemination or other use of or taking of any action in reliance upon, this information by individuals or entities other than the intended recipient is strictly prohibited. and all liability arising therefrom is disclaimed. If you have received this in error. please notify Muscle Maker Inc immediately by telephone at (832) 632-1386 and delete the information.