**EXHIBIT 10**

**From:** Finance Department Nuval Trade SA <finance@nuvaltrade.com>
**Date:** September 16, 2024 at 8:06:31 PM GMT+2
**To:** kate.mills@zgcusa.com, Robert Cruise <Robert.Cruise@zgcusa.com>, nathan.reding@zgcusa.com, Andre Gauger <Andre.Gauger@zgcusa.com>
**Subject: MV Briliance docs**

> CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe. Never provide your User ID or Password.

Dear sirs,

We would like to provide you with confirmation of all payments made by Nuval to Sadot regarding the cargo on board the MV Brilliance. Please see the details below:

08/03    500'00.00 USD

05/03    531'250.00 USD

10/05  1'000'000.00 USD

14/05.   300'000.00 USD

16/05.  1'500'000.00 USD

23/05.   800'000.00 USD

29/05  1'500'000.00 USD

18/07. 1'700'000.00 USD

31/07    600'000,00 USD

05/08.  850'000,00 USD

07/08.  650'000,00 USD

09/08.  650'000,00 USD
13/08 Balance payment 481'646.30 USD


These payments, totaling USD 11'062'896.30 million, include all the payments for the cargo on the Brilliance.


Additionally, we kindly ask you to confirm whether you are still the holders of the Bills of Lading for the cargo on board the Brilliance. Your confirmation on this matter is crucial for us to proceed.

Thank you for your attention, and we look forward to your prompt response.

Best regards,

# CIM
### B A N Q U E

International

| | |
|---|---|
| Portfolio | ████2960 |
| Account number | ████296_0.000.USD |
| Account Name | NUVAL TRADE S.A. |

## Transfer details

| | |
|---|---|
| Amount | 500'000.00 USD |
| Execution date | 08/03/2024 |
| Message for CIM Banque (intermediary Bank, …) | INVOICE 1 |
| Instructions | Routing number ████0120 |
| | payment for soybean meal |
| Transfer activity | Soft commodities (corn, soybeans, wheat, coffee, sugar) |
| Goods origin and destination | Origin country : ARGENTINA |
| | Destination country : LEBANON |
| Correspondent fees | Charged to the ordering customer |
| Express | ☑ |
| Created by | olegkuksa1967 |
| Status | EXECUTED |

## Credited account

| | |
|---|---|
| IBAN n° | ████45 01 |
| SWIFT | CTZIUS33XXX |
| Bank name | CITIZENS BANK, NA |
| Bank address | 1 CITIZENS PLAZA |
| | 02903 PROVIDENCE |
| Bank country | UNITED STATES OF AMERICA |

### Beneficiary

| | |
|---|---|
| Beneficiary's name | SADOT LATAM LLC |
| Address | 1169 N BURLESON BLVD, STE 107-226 |
| ZipCodeCity | BURLESON |
| Country | UNITED STATES OF AMERICA |

## Upload your document here.

| | |
|---|---|
| File name | [122664.pdf](122664.pdf) |
| File size | 1.1 MB |
| File name | [PROFORMA NUVAL 001-2024.pdf](PROFORMA NUVAL 001-2024.pdf) |
| File size | 131.5 KB |



International

| | |
|---|---|
| Portfolio | ████2960 |
| Account number | ████296_0.000.USD |
| Account Name | NUVAL TRADE S.A. |

---

### Transfer details

| | |
|---|---|
| Amount | 1'000'000.00 USD |
| Execution date | 09/05/2024 |
| Message for CIM Banque (intermediary Bank, ...) | INVOICE 077 |
| Instructions | Routing number ████0120 |
| | payment for soybean meal |
| Transfer activity | Soft commodities (corn, soybeans, wheat, coffee, sugar) |
| Goods origin and destination | Origin country : ARGENTINA |
| | Destination country : LEBANON |
| Correspondent fees | Charged to the ordering customer |
| Express | ☑ |
| Created by | olegkuksa1967 |
| Status | EXECUTED |

---

### Credited account

| | |
|---|---|
| IBAN n° | ████45 01 |
| SWIFT | CTZIUS33XXX |
| Bank name | CITIZENS BANK, NA |
| Bank address | 1 CITIZENS PLAZA |
| | 02903 PROVIDENCE |
| Bank country | UNITED STATES OF AMERICA |

#### Beneficiary

| | |
|---|---|
| Beneficiary's name | SADOT LATAM LLC |
| Address | 1169 N BURLESON BLVD, STE 107-226 |
| ZipCodeCity | BURLESON |
| Country | UNITED STATES OF AMERICA |

Upload your document here.

File name        SADOT—Invoice No. 077—$ 9'537,550.00—NUVAL-SADOT—27,500MT-Ar.SBM-FOB—1.pdf

File size        182.2 KB



<span style="color:#e573b7">International</span>

| | |
|---|---|
| Portfolio | ████2960 |
| Account number | ████296_0.000.USD |
| Account Name | NUVAL TRADE S.A. |

## Transfer details

| | |
|---|---|
| Amount | 531'250.00 USD |
| Execution date | 05/03/2024 |
| Message for CIM Banque (intermediary Bank, ...) | INVOICE 1 |
| Instructions | Routing number ████0120 |
| | payment for soybean meal |
| Transfer activity | Soft commodities (corn, soybeans, wheat, coffee, sugar) |
| Goods origin and destination | Origin country : ARGENTINA |
| | Destination country : LEBANON |
| Correspondent fees | Charged to the ordering customer |
| Express | ☑ |
| Created by | olegkuksa1967 |
| Status | EXECUTED |

## Credited account

| | |
|---|---|
| IBAN n° | ████████45 01 |
| SWIFT | CTZIUS33XXX |
| Bank name | CITIZENS BANK, NA |
| Bank address | 1 CITIZENS PLAZA |
| | 02903 PROVIDENCE |
| Bank country | UNITED STATES OF AMERICA |

### Beneficiary

| | |
|---|---|
| Beneficiary's name | SADOT LATAM LLC |
| Address | 1169 N BURLESON BLVD, STE 107-226 |
| ZipCodeCity | BURLESON |
| Country | UNITED STATES OF AMERICA |

## Upload your document here.

| | |
|---|---|
| File name | [PROFORMA NUVAL 001-2024.pdf](PROFORMA NUVAL 001-2024.pdf) |
| File size | 131.5 KB |
| File name | [122664.pdf](122664.pdf) |
| File size | 1.1 MB |



<span style="color:magenta">International</span>

| | |
|---|---|
| Portfolio | ███ 2960 |
| Account number | ███ 296_0.000.USD |
| Account Name | NUVAL TRADE S.A. |

## Transfer details

| | |
|---|---|
| Amount | 300'000.00 USD |
| Execution date | 14/05/2024 |
| Message for CIM Banque (intermediary Bank, ...) | INVOICE 077 |
| Instructions | Routing number ███ 0120 |
| | payment for soybean meal |
| Transfer activity | Soft commodities (corn, soybeans, wheat, coffee, sugar) |
| Goods origin and destination | Origin country : ARGENTINA |
| | Destination country : LEBANON |
| Correspondent fees | Charged to the ordering customer |
| Express | ☑ |
| Created by | olegkuksa1967 |
| Status | EXECUTED |

## Credited account

| | |
|---|---|
| IBAN n° | ███ 45 01 |
| SWIFT | CTZIUS33XXX |
| Bank name | CITIZENS BANK, NA |
| Bank address | 1 CITIZENS PLAZA |
| | 02903 PROVIDENCE |
| Bank country | UNITED STATES OF AMERICA |

### Beneficiary

| | |
|---|---|
| Beneficiary's name | SADOT LATAM LLC |
| Address | 1169 N BURLESON BLVD, STE 107-226 |
| ZipCodeCity | BURLESON |
| Country | UNITED STATES OF AMERICA |

┌─ Upload your document here. ─────────────────────────────────────────┐
│                                                                       │
│   File name          SADOT—Invoice No. 077—$ 9'537,550.00—NUVAL-SADOT—│
│                      27,500MT-Ar.SBM-FOB—1.pdf                        │
│                                                                       │
│   File size          182.2 KB                                         │
│                                                                       │
└───────────────────────────────────────────────────────────────────────┘



<span style="color:magenta">International</span>

| | |
|---|---|
| Portfolio | ███2960 |
| Account number | ███296_0.000.USD |
| Account Name | NUVAL TRADE S.A. |

---

## Transfer details

| | |
|---|---|
| Amount | 1'500'000.00 USD |
| Execution date | 16/05/2024 |
| Message for CIM Banque (intermediary Bank, …) | INVOICE 077 |
| Instructions | Routing number ███0120 |
| | payment for soybean meal |
| Transfer activity | Soft commodities (corn, soybeans, wheat, coffee, sugar) |
| Goods origin and destination | Origin country : ARGENTINA |
| | Destination country : LEBANON |
| Correspondent fees | Charged to the ordering customer |
| Express | ☑ |
| Created by | olegkuksa1967 |
| Status | EXECUTED |

---

## Credited account

| | |
|---|---|
| IBAN n° | ███45 01 |
| SWIFT | CTZIUS33XXX |
| Bank name | CITIZENS BANK, NA |
| Bank address | 1 CITIZENS PLAZA |
| | 02903 PROVIDENCE |
| Bank country | UNITED STATES OF AMERICA |

### Beneficiary

| | |
|---|---|
| Beneficiary's name | SADOT LATAM LLC |
| Address | 1169 N BURLESON BLVD, STE 107-226 |
| ZipCodeCity | BURLESON |
| Country | UNITED STATES OF AMERICA |

Upload your document here.

| | |
|---|---|
| File name | [122664.pdf](122664.pdf) |
| File size | 1.1 MB |
| File name | [SADOT—Invoice No. 077—$ 9'537,550.00—NUVAL-SADOT—27,500MT-Ar.SBM-FOB—1.pdf] |
| File size | 182.2 KB |



International

| | |
|---|---|
| Portfolio | ██2960 |
| Account number | ██296_0.000.USD |
| Account Name | NUVAL TRADE S.A. |

## Transfer details

| | |
|---|---|
| Amount | 800'000.00 USD |
| Execution date | 22/05/2024 |
| Message for CIM Banque (intermediary Bank, ...) | INVOICE 077 |
| Instructions | Routing number ██0120 |
| | payment for soybean meal |
| Transfer activity | Soft commodities (corn, soybeans, wheat, coffee, sugar) |
| Goods origin and destination | Origin country : ARGENTINA |
| | Destination country : LEBANON |
| Correspondent fees | Charged to the ordering customer |
| Express | ☑ |
| Created by | olegkuksa1967 |
| Status | EXECUTED |

## Credited account

| | |
|---|---|
| IBAN n° | ██45 01 |
| SWIFT | CTZIUS33XXX |
| Bank name | CITIZENS BANK, NA |
| Bank address | 1 CITIZENS PLAZA |
| | 02903 PROVIDENCE |
| Bank country | UNITED STATES OF AMERICA |

### Beneficiary

| | |
|---|---|
| Beneficiary's name | SADOT LATAM LLC |
| Address | 1169 N BURLESON BLVD, STE 107-226 |
| ZipCodeCity | BURLESON |
| Country | UNITED STATES OF AMERICA |

## Upload your document here.

| | |
|---|---|
| File name | [SADOT—Invoice No. 077—$ 9'537,550.00—NUVAL-SADOT—27,500MT-Ar.SBM-FOB—1.pdf](#) |
| File size | 182.2 KB |
| File name | [122664.pdf](#) |
| File size | 1.1 MB |



*International*

| | |
|---|---|
| Portfolio | ███ 2960 |
| Account number | ███ 296_0.000.USD |
| Account Name | NUVAL TRADE S.A. |

## Transfer details

| | |
|---|---|
| Amount | 1'500'000.00 USD |
| Execution date | 28/05/2024 |
| Message for CIM Banque (intermediary Bank, ...) | INVOICE 077 |
| Instructions | Routing number ███ 0120 |
| | payment for soybean meal |
| Transfer activity | Soft commodities (corn, soybeans, wheat, coffee, sugar) |
| Goods origin and destination | Origin country : ARGENTINA |
| | Destination country : LEBANON |
| Correspondent fees | Charged to the ordering customer |
| Express | ☑ |
| Created by | olegkuksa1967 |
| Status | EXECUTED |

## Credited account

| | |
|---|---|
| IBAN n° | ███ 45 01 |
| SWIFT | CTZIUS33XXX |
| Bank name | CITIZENS BANK, NA |
| Bank address | 1 CITIZENS PLAZA |
| | 02903 PROVIDENCE |
| Bank country | UNITED STATES OF AMERICA |

### Beneficiary

| | |
|---|---|
| Beneficiary's name | SADOT LATAM LLC |
| Address | 1169 N BURLESON BLVD, STE 107-226 |
| ZipCodeCity | BURLESON |
| Country | UNITED STATES OF AMERICA |

## Upload your document here.

| | |
|---|---|
| File name | [SADOT—Invoice No. 077—$ 9'537,550.00—NUVAL-SADOT—27,500MT-Ar.SBM-FOB—1.pdf](#) |
| File size | 182.2 KB |
| File name | [122664.pdf](#) |
| File size | 1.1 MB |



<span style="color:magenta">International</span>

| | |
|---|---|
| Portfolio | ▇2960 |
| Account number | ▇296_0.000.USD |
| Account Name | NUVAL TRADE S.A. |

**Transfer details**

| | |
|---|---|
| Amount | 1'700'000.00 USD |
| Execution date | 18/07/2024 |
| Message for CIM Banque (intermediary Bank, ...) | INVOICE 077 |
| Instructions | Routing number ▇0120 |
| | payment for soybean meal |
| Transfer activity | Soft commodities (corn, soybeans, wheat, coffee, sugar) |
| Goods origin and destination | Origin country : ARGENTINA |
| | Destination country : LEBANON |
| Correspondent fees | Charged to the ordering customer |
| Express | ☑ |
| Created by | olegkuksa1967 |
| Status | EXECUTED |

**Credited account**

| | |
|---|---|
| IBAN n° | ▇45 01 |
| SWIFT | CTZIUS33XXX |
| Bank name | CITIZENS BANK, NA |
| Bank address | 1 CITIZENS PLAZA |
| | 02903 PROVIDENCE |
| Bank country | UNITED STATES OF AMERICA |

 Beneficiary

| | |
|---|---|
| Beneficiary's name | SADOT LATAM LLC |
| Address | 1169 N BURLESON BLVD, STE 107-226 |
| ZipCodeCity | BURLESON |
| Country | UNITED STATES OF AMERICA |

┌─ Upload your document here. ──────────────────────────────────────────────────┐

File name            [SADOT—Invoice No. 077—$ 9'537,550.00—NUVAL-SADOT—](#)
                     [27,500MT-Ar.SBM-FOB—1.pdf](#)

File size            182.2 KB

└───────────────────────────────────────────────────────────────────────────────┘



International

| | |
|---|---|
| Portfolio | ███2960 |
| Account number | ███296_0.000.USD |
| Account Name | NUVAL TRADE S.A. |

## Transfer details

| | |
|---|---|
| Amount | 600'000.00 USD |
| Execution date | 01/08/2024 |
| Message for CIM Banque (intermediary Bank, ...) | INVOICE 077 |
| Instructions | Routing number 011500120 |
| | payment for soybean meal |
| Transfer activity | Soft commodities (corn, soybeans, wheat, coffee, sugar) |
| Goods origin and destination | Origin country : ARGENTINA |
| | Destination country : LEBANON |
| Correspondent fees | Charged to the ordering customer |
| Express | ☑ |
| Created by | olegkuksa1967 |
| Status | EXECUTED |

## Credited account

| | |
|---|---|
| IBAN n° | ███45 01 |
| SWIFT | CTZIUS33XXX |
| Bank name | CITIZENS BANK, NA |
| Bank address | 1 CITIZENS PLAZA |
| | 02903 PROVIDENCE |
| Bank country | UNITED STATES OF AMERICA |

### Beneficiary

| | |
|---|---|
| Beneficiary's name | SADOT LATAM LLC |
| Address | 1169 N BURLESON BLVD, STE 107-226 |
| ZipCodeCity | BURLESON |
| Country | UNITED STATES OF AMERICA |

Upload your document here.

File name        [SADOT—Invoice No. 077—$ 9'537,550.00—NUVAL-SADOT—27,500MT-Ar.SBM-FOB—1.pdf](#)

File size        182.2 KB

# CIM
## B A N Q U E

International

| | |
|---|---|
| Portfolio | █████2960 |
| Account number | █████296_0.000.USD |
| Account Name | NUVAL TRADE S.A. |

## Transfer details

| | |
|---|---|
| Amount | 850'000.00 USD |
| Execution date | 05/08/2024 |
| Message for CIM Banque (intermediary Bank, ...) | INVOICE 077 |
| Instructions | Routing number ████0120 |
| | payment for soybean meal |
| Transfer activity | Soft commodities (corn, soybeans, wheat, coffee, sugar) |
| Goods origin and destination | Origin country : ARGENTINA |
| | Destination country : LEBANON |
| Correspondent fees | Charged to the ordering customer |
| Express | ☑ |
| Created by | olegkuksa1967 |
| Status | EXECUTED |

## Credited account

| | |
|---|---|
| IBAN n° | █████45 01 |
| SWIFT | CTZIUS33XXX |
| Bank name | CITIZENS BANK, NA |
| Bank address | 1 CITIZENS PLAZA |
| | 02903 PROVIDENCE |
| Bank country | UNITED STATES OF AMERICA |

### Beneficiary

| | |
|---|---|
| Beneficiary's name | SADOT LATAM LLC |
| Address | 1169 N BURLESON BLVD, STE 107-226 |
| ZipCodeCity | BURLESON |
| Country | UNITED STATES OF AMERICA |

Upload your document here.

File name        [SADOT—Invoice No. 077—$ 9'537,550.00—NUVAL-SADOT—
                 27,500MT-Ar.SBM-FOB—1.pdf](#)

File size        182.2 KB



## International

| | |
|---|---|
| Portfolio | ████2960 |
| Account number | ████296_0.000.USD |
| Account Name | NUVAL TRADE S.A. |

### Transfer details

| | |
|---|---|
| Amount | 650'000.00 USD |
| Execution date | 07/08/2024 |
| Message for CIM Banque (intermediary Bank, …) | INVOICE 077 |
| Instructions | Routing number ████0120 |
| | payment for soybean meal |
| Transfer activity | Soft commodities (corn, soybeans, wheat, coffee, sugar) |
| Goods origin and destination | Origin country : ARGENTINA |
| | Destination country : LEBANON |
| Correspondent fees | Charged to the ordering customer |
| Express | ☑ |
| Created by | olegkuksa1967 |
| Status | EXECUTED |

### Credited account

| | |
|---|---|
| IBAN n° | ████45 01 |
| SWIFT | CTZIUS33XXX |
| Bank name | CITIZENS BANK, NA |
| Bank address | 1 CITIZENS PLAZA |
| | 02903 PROVIDENCE |
| Bank country | UNITED STATES OF AMERICA |

#### Beneficiary

| | |
|---|---|
| Beneficiary's name | SADOT LATAM LLC |
| Address | 1169 N BURLESON BLVD, STE 107-226 |
| ZipCodeCity | BURLESON |
| Country | UNITED STATES OF AMERICA |

## Upload your document here.

File name    [SADOT—Invoice No. 077—$ 9'537,550.00—NUVAL-SADOT—27,500MT-Ar.SBM-FOB—1.pdf](#)

File size    182.2 KB



International

| | |
|---|---|
| Portfolio | ███2960 |
| Account number | ███296_0.000.USD |
| Account Name | NUVAL TRADE S.A. |

### Transfer details

| | |
|---|---|
| Amount | 650'000.00 USD |
| Execution date | 09/08/2024 |
| Message for CIM Banque (intermediary Bank, ...) | INVOICE 077 |
| Instructions | Routing number ███0120 |
| | payment for soybean meal |
| Transfer activity | Soft commodities (corn, soybeans, wheat, coffee, sugar) |
| Goods origin and destination | Origin country : ARGENTINA |
| | Destination country : LEBANON |
| Correspondent fees | Charged to the ordering customer |
| Express | ☑ |
| Created by | olegkuksa1967 |
| Status | EXECUTED |

### Credited account

| | |
|---|---|
| IBAN n° | ███45 01 |
| SWIFT | CTZIUS33XXX |
| Bank name | CITIZENS BANK, NA |
| Bank address | 1 CITIZENS PLAZA |
| | 02903 PROVIDENCE |
| Bank country | UNITED STATES OF AMERICA |

#### Beneficiary

| | |
|---|---|
| Beneficiary's name | SADOT LATAM LLC |
| Address | 1169 N BURLESON BLVD, STE 107-226 |
| ZipCodeCity | BURLESON |
| Country | UNITED STATES OF AMERICA |

┌─ Upload your document here. ─────────────────────────────────────────────┐
│                                                                           │
│   File name          SADOT—Invoice No. 077—$ 9'537,550.00—NUVAL-SADOT—    │
│                      27,500MT-Ar.SBM-FOB—1.pdf                            │
│                                                                           │
│   File size          182.2 KB                                             │
│                                                                           │
└───────────────────────────────────────────────────────────────────────────┘



International

| Portfolio | ████ 2960 |
|---|---|
| Account number | ████ 296_0.000.USD |
| Account Name | NUVAL TRADE S.A. |

## Transfer details

| Amount | 481'646.30 USD |
|---|---|
| Execution date | 13/08/2024 |
| Message for CIM Banque (intermediary Bank, ...) | INVOICE 077 |
| Instructions | Routing number ████ 0120 |
| | payment for soybean meal |
| Transfer activity | Soft commodities (corn, soybeans, wheat, coffee, sugar) |
| Goods origin and destination | Origin country : ARGENTINA |
| | Destination country : LEBANON |
| Correspondent fees | Charged to the ordering customer |
| Express | ☑ |
| Created by | olegkuksa1967 |
| Status | EXECUTED |

## Credited account

| IBAN n° | ████ 45 01 |
|---|---|
| SWIFT | CTZIUS33XXX |
| Bank name | CITIZENS BANK, NA |
| Bank address | 1 CITIZENS PLAZA |
| | 02903 PROVIDENCE |
| Bank country | UNITED STATES OF AMERICA |

### Beneficiary

| Beneficiary's name | SADOT LATAM LLC |
|---|---|
| Address | 1169 N BURLESON BLVD, STE 107-226 |
| ZipCodeCity | BURLESON |
| Country | UNITED STATES OF AMERICA |

Upload your document here.

File name    SOA NUVAL BRILLANCE (2).pdf

File size    326.7 KB

File name    MV BRILLIANCE - ENDORSED BOL.pdf

File size    852 KB