**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| ZEN-NOH GRAIN CORPORATION ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> SADOT LATAM LLC ) <br> ) <br> Defendant. ) <br> ) | C.A. No. <br> Rule 9(h) Admiralty Claim |

**PROCESS OF MARITIME ATTACHMENT AND GARNISHMENT**

WHEREAS, a Verified Complaint in Admiralty has been filed in this Court on the 23rd day of September 2024, in a certain admiralty and maritime action wherein it is alleged that as a result of torts committed by the Defendant Sadot Latam LLC, the Plaintiff sustained losses or damages in the sum of $8,181,563.03, together with interest, costs and attorney's fees and praying for the process of maritime attachment and garnishment against the Defendant Sadot Latam LLC.

WHEREAS, this process is issued pursuant to such prayer and requires that garnishees shall serve their answers within 21 days after service of process upon them and requires that the defendant shall serve their answer within 30 days after process has been executed, whether by attachment of property or service on the garnishees or arrests/attachments of property within the possession of the garnishees.

NOW, THEREFORE, we do hereby command you that if said Defendant cannot be found within the District, pursuant to Supplemental Rule B for Admiralty or Maritime Claims and Asset Forfeiture Actions, you garnish and attach all tangible and intangible property of defendant in this District up to the amount sued for $8,181,563.03; and if such tangible or intangible property cannot be found that you attach all assets, cash, funds, escrow funds, credits, debts, wire transfers, electronic fund transfers, accounts, letters of credit, or any other assets of, belonging to, due or being transferred to, from, or for the benefit of the said defendant Sadot Latam LLC, as described in the caption and in the Verified Complaint in Admiralty, up to and including the sum of $8,181,563.03; at, moving through, or within the possession, custody or control of:

Garnishees identified in Schedule A, together with any such assets as may be held by any other garnishee(s) upon whom a copy of this Process of Maritime Attachment and Garnishment may be served, and that you seize them and promptly after execution of this process, file the same in this Court with your return thereon.

Dated this \_\_26th\_\_ day of \_\_September\_\_, 2024.

By: *Nisshensyra Urizandi*
    Clerk

ISSUED FOR:
Attorneys for Plaintiff:

ECKLAND & BLANDO LLP

Samuel P. Blatchley (RI Bar No. 8284)
22 Boston Wharf Road, 7th Floor
Boston, MA 02210
(617) 217-6936
sblatchley@ecklandblando.com

FLOYD ZADKOVICH (US) LLP

Edward W. Floyd
Luke F. Zadkovich
Filipp A. Vagin
33 East 33rd Street, Suite 905
New York, NY, 10016
ed.floyd@floydzad.com
luke.zadkovich@floydzad.com
philip.vagin@floydzad.com
(917) 999 6914
(917) 868 1245
*(Pending Pro Hac Vice Admission)*

NOTE:    This process is issued pursuant to Rule B(1) of the Supplemental Rules for Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure.

## SCHEDULE A

CITIZENS BANK, N.A. at One Citizens Plaza, Providence, RI 02903