# UNITED STATES DISTRICT COURT
for the
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| **Zen-Noh Grain Corporation** <br><br> *Plaintiff* <br><br> v. <br><br> **Sadot Latam LLC** <br><br> *Defendant* | ) ) ) ) ) ) ) ) ) ) <br> Civil Action No. 1:24-cv-00381-WES-PAS |

## AFFIDAVIT OF SERVICE

I, Kimberly Mcmullin, state:

I am 18 years or older and not a party to this action or a member of a corporation or organization that is a party to this action.

I served the following documents to Sadot Latam, LLC in New Castle County, DE on April 2, 2025 at 3:10 pm at 251 Little Falls Drive, Wilmington, DE 19808 by leaving the following documents with Jane Doe (refused name) who as Intake Specialist at Corporation Service Company is authorized by appointment or by law to receive service of process for Sadot Latam, LLC.

Summons
Ex Parte Order Authorizing Issuance of Process of Maritime Attachment and Garnishment
Sealing Order
Order re Judicial Transfer
Ex Parte Order Directing Clerk to File Documents Under Temporary Seal
Motion for Admission pro hac vice (Floyd)
Motion for Admission pro hac vice (Vagin)
Case Opening Notice
Declaration of Not Found
Plaintiff's Motion and Incorporated Memorandum for Issuance of Process
Statement
Motion to File Documents Under Temporary Seal
Complaint and Exhibits

Black or African American Female, est. age 35-44, glasses: Y, Black hair, 180 lbs to 200 lbs, 5' 9" to 6'.

Geolocation of Serve: https://google.com/maps?q=39.76072,-75.623355

Photograph: See Exhibit 1

Total Cost: $229.60

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FACTS HEREIN ARE TRUE AND CORRECT.

Executed in Philadelphia County, PA on 4/3/2025.

*/s/ Kimberly Mcmullin*

Signature
Kimberly Mcmullin
+1 (484) 319-1715