UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| ZEN-NOH GRAIN CORPORATION <br><br> Plaintiff, <br><br> v. <br><br> SADOT LATAM LLC <br><br> Defendant. | C.A. No. 1:24-cv-00381-MRD-PAS <br> Rule 9(h) Admiralty Claim |

## ZEN-NOH GRAIN CORPORATION'S APPLICATION FOR ENTRY OF DEFAULT BY CLERK AGAINST DEFENDANT SADOT LATAM LLC

NOW COMES the Plaintiff, Zen-Noh Grain Corporation ("Plaintiff"), by and through its undersigned counsel, and hereby respectfully requests, pursuant to Fed. R. Civ. P. 55(a), that the Clerk of Court enter the default of Defendant Sadot Latam LLC ("Defendant") by reason of Defendant's failure to plead or otherwise defend against the Complaint served upon it by Plaintiff. In support of this application, Plaintiff avers:

1. Personal service of the Summons and Complaint was effected on Defendant on April 2, 2025 [*See* Docket No. 14.]

2. Pursuant to Fed. R. Civ. P. 12(a)(1), Defendant was required to Answer or otherwise respond to the Complaint by April 23, 2025.

3. As of June 25, 2025, and at the time of filing of this Application on July 4, 2025, Defendant has not filed an Answer or Fed. R. Civ. P. 12 Motion, nor has Defendant served an Answer or Fed. R. Civ. P. 12 Motion on Plaintiff's counsel. [*See* Declaration of S. Blatchley filed herewith at ¶ 4.]

4. Defendant is not a minor or incompetent person. [*Id.* ¶ 5.]

WHEREFORE, Plaintiff Zen-Noh Grain Corporation respectfully requests the Clerk of Court enter the default on Defendant Sadot Latam LLC on the docket in the above-captioned matter.

Date: July 4, 2025

Respectfully submitted,

ECKLAND & BLANDO LLP

/S/ SAMUEL P. BLATCHLEY
Samuel P. Blatchley (RI Bar No. 8284)
555 Pleasant Street, Unit 3B
New Bedford, MA 02740
(617) 217-6936
sblatchley@ecklandblando.com


FLOYD ZADKOVICH (US) LLP

Edward W. Floyd
Luke F. Zadkovich
Filipp A. Vagin
33 East 33rd Street, Suite 905
New York, NY, 10016
ed.floyd@floydzad.com
luke.zadkovich@floydzad.com
philip.vagin@floydzad.com
(917) 999 6914
(917) 868 1245
*Attorneys for Plaintiff*
*Admitted Pro Hac Vice*

## CERTIFICATE OF SERVICE

I hereby certify that on July 4, 2025 a copy of the foregoing was filed through the CM/ECF system, and it is available for viewing and downloading from the CM/ECF system such that all appearing counsel have been served with this document by electronic means.

/S/ SAMUEL P. BLATCHLEY