UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| ZEN-NOH GRAIN CORPORATION<br><br>Plaintiff,<br><br>v.<br><br>SADOT LATAM LLC<br><br>Defendant. | C.A. No. 1:24-cv-00381-MRD-PAS<br>Rule 9(h) Admiralty Claim |

## DECLARATION OF SAMUEL P. BLATCHLEY IN SUPPORT OF ZEN-NOH GRAIN CORPORATION'S APPLICATION FOR ENTRY OF DEFAULT BY CLERK AGAINST DEFENDANT SADOT LATAM LLC

I, Samuel P. Blatchley, pursuant to 28 U.S.C. ¶ 1746, hereby state and declare as follows:

1. This declaration is made upon personal knowledge unless noted otherwise.

2. I am a duly licensed attorney admitted to appear before this Court. I am counsel for Plaintiff Zen-Noh Grain Corporation in the above-captioned matter.

3. Personal service of the Summons and Complaint was effected on Defendant Sadot Latam LLC on April 2, 2025. [*See* Docket. No. 14.]

4. As of June 25, 2025, and at the time of this Application on July 4, 2025, Defendant Sadot Latam LLC has not filed an Answer or Fed. R. Civ. P. 12 Motion, nor has Defendant Sadot Latam LLC served an Answer or Fed. R. Civ. P. 12 Motion on Plaintiff's counsel. *See generally*, Docket.

5. Defendant Sadot Latam LLC is not a minor or incompetent person.

I, Samuel P. Blatchley, declare under penalty of perjury that the foregoing is true and correct. Executed on this 4th day of July 2025, in the City of New Bedford and Commonwealth of Massachusetts.

1

/s/S<small>AMUEL</small> P. B<small>LATCHLEY</small>
Samuel P. Blatchley

## CERTIFICATE OF SERVICE

 I hereby certify that on July 4, 2025, a copy of the foregoing was filed through the CM/ECF system, and it is available for viewing and downloading from the CM/ECF system such that all appearing counsel have been served with this document by electronic means.

/s/S<small>AMUEL</small> P. B<small>LATCHLEY</small>
