**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **ZEN-NOH GRAIN CORPORATION** | ) | |
| **Plaintiff,** | ) | |
| v. | ) | **C.A. No. 1:24-cv-00381-MRD-PAS** |
| | ) | **Rule 9(h) Admiralty Claim** |
| **SADOT LATAM LLC** | ) | |
| **Defendant.** | ) | |

**PLAINTIFF'S STATUS REPORT**

Plaintiff, ZEN-NOH GRAIN CORPORATION ("Zen-Noh") hereby submits this Status Report pursuant to this Court's order entered on September 14, 2026.

As set out in Zen-Noh's last status report (Dkt. 30), on September 12, 2024, Zen-Noh commenced arbitration proceedings based on the Sales Contract against Sadot Group Inc. or, in the alternative, Sadot Latam LLC ("Defendant"), before the Grain and Feed Trade Association ("GAFTA") Tribunal seated in London, England, under the GAFTA Arbitration Rules.

On September 11, 2026, Zen-Noh received the Tribunal's award for its claims against the Defendant.

The GAFTA appeal period will expire on October 11, 2026. Zen-Noh is awaiting the expiry of the appeal period before taking further steps in the instant maritime tort proceedings against Sadot Latam LLC, including moving for default judgment.

We propose that we file a further status report in two weeks, by Friday, October 23, 2026.

Date: October 09, 2026

Respectfully submitted,

Zen-Noh Grain Corporation,

By its attorneys,

LISKOW & LEWIS, APLC

/S/ SAMUEL P. BLATCHLEY
Samuel P. Blatchley (RI Bar No. 8284)
555 Pleasant Street, Unit 2C
New Bedford, MA 02740
774.686.3060
sblatchley@liskow.com

FLOYD ZADKOVICH (US) LLP

/S/ EDWARD W. FLOYD
Edward W. Floyd
33 East 33rd Street, Suite 905
New York, NY, 10016
ed.floyd@floydzad.com
(917) 999 6914
(917) 868 1245
*Attorney for Plaintiff*
*Admitted Pro Hac Vice*

## CERTIFICATE OF SERVICE

I hereby certify that on October 09, 2026, a copy of the foregoing was filed through the CM/ECF system, and it is available for viewing and downloading from the CM/ECF system such that all appearing counsel have been served with this document by electronic means.

/S/SAMUEL P. BLATCHLEY
Samuel P. Blatchley